```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: DIET DRUGS (PHENTERMINE/     )
FENFLURAMINE/DEXFENFLURAMINE)       )    MDL NO. 1203
PRODUCTS LIABILITY LITIGATION       )
_____ )
                                    )
THIS DOCUMENT RELATES TO:           )
                                    )
SHEILA BROWN, et al.                )
                                    )    CIVIL ACTION NO. 99-20593
        v.                          )
                                    )
AMERICAN HOME PRODUCTS              )    2:16 MD 1203
CORPORATION                         )
```

**PRETRIAL ORDER NO. _____**

AND NOW, on this 26th day of June, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is REVERSED and that claimant Kristi R. Saul is entitled to Matrix A, Level II Benefits.  The Trust shall pay such benefits in accordance with the terms of the Settlement Agreement and Pretrial Order No. 2805, and shall reimburse claimant for any Technical Advisor costs incurred in the show cause process.

                                    BY THE COURT:


                                    /s/ Harvey Bartle  III
                                                              C.J.