IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE DIET DRUGS (PHENTERMINE/<br>FENFLURAMINE/DEXFENFLURAMINE)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN, et al. | |
| v. | CIVIL ACTION NO. 99-20593 |
| AMERICAN HOME PRODUCTS<br>CORPORATION | 2:16 MD 1203 |

## PRETRIAL ORDER NO. 8397

AND NOW, this 9th day of February, 2010, for the
reasons set forth in the accompanying Memorandum, it is hereby
ORDERED that the post-audit determination of the AHP Settlement
Trust is AFFIRMED and the Matrix A-1, Level II claim submitted by
claimant Carol Sage is DENIED.

BY THE COURT:

_____ C.J.