IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593  2:16 MD 1203 |

PRETRIAL ORDER NO. 8412

AND NOW, this 9th day of March, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED and the Matrix A, Level III claims submitted by claimant Jerry Kuehnel and his spouse, Mary A. Kuehnel, are DENIED. Claimant Jerry Kuehnel and his spouse, Mary A. Kuehnel, are entitled only to Matrix B, Level III benefits.

BY THE COURT:

_____
Harvey Bartle, C.J.