IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/    )
FENFLURAMINE/DEXFENFLURAMINE)      )    MDL NO. 1203
PRODUCTS LIABILITY LITIGATION      )
                                   )
_____)
                                   )
THIS DOCUMENT RELATES TO:          )
                                   )
SHEILA BROWN, et al.               )
                                   )    CIVIL ACTION NO. 99-20593
                                   )
           v.                      )
                                   )
AMERICAN HOME PRODUCTS             )
CORPORATION                        )    2:16 MD 1203

PRETRIAL ORDER NO. 8424

AND NOW, this 11th day of March, 2010, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that the final post-audit determination of the AHP Settlement
Trust is AFFIRMED and that the Matrix A-1, Level II claim
submitted by claimant Marilyn Ware is DENIED.

BY THE COURT:

Harvey Bartle
                                        C.J.