IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/<br>FENFLURAMINE/DEXFENFLURAMINE)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN, et al. | |
| v. | CIVIL ACTION NO. 99-20593 |
| AMERICAN HOME PRODUCTS<br>CORPORATION | 2:16 MD 1203 |

## PRETRIAL ORDER NO. 8428

AND NOW, this 15th day of March, 2010, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that the post-audit determination of the AHP Settlement Trust is
AFFIRMED and that the Matrix A, Level V claims submitted by the
Estate of Gene Rosenberg and Gene Rosenberg's spouse, Joan M.
Rosenberg, and child, David Evan Rosenberg, are DENIED.

BY THE COURT:

_____ C.J.