IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN, et al. | |
| v. | CIVIL ACTION NO. 99-20593 |
| AMERICAN HOME PRODUCTS CORPORATION | 2:16 MD 1203 |

## PRETRIAL ORDER NO. 8513

AND NOW, this 18th day of August, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A, Level V claims submitted by claimant Gary Seat, Representative of the Estate of Linda Seat, and Ms. Seat's spouse, Gary Seat, are DENIED. Claimant Gary Seat, Representative of the Estate of Linda Seat, and Ms. Seat's spouse, Gary Seat, are entitled only to Matrix B, Level V benefits.

BY THE COURT:

_Harvey Bartle_
C.J.