IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: ) | |
| SHEILA BROWN, et al. ) v. ) | CIVIL ACTION NO. 99-20593 |
| AMERICAN HOME PRODUCTS CORPORATION ) | 2:16 MD 1203 |

## PRETRIAL ORDER NO. 8519

AND NOW, this 20th day of August, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A-1, Level II claim submitted by claimant Wanda Walker is DENIED.

BY THE COURT:

_____
C.J.