IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/<br>FENFLURAMINE/DEXFENFLURAMINE)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN, et al.<br>v.<br>AMERICAN HOME PRODUCTS<br>CORPORATION | CIVIL ACTION NO. 99-20593<br><br>2:16 MD 1203 |

PRETRIAL ORDER NO. 8529

AND NOW, this 3rd day of September, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A, Level III claims submitted by claimant Helen Goodman and her spouse, Austin A. Goodman, are DENIED. Claimant Helen Goodman and her spouse, Austin A. Goodman, are entitled only to Matrix B, Level III benefits.

BY THE COURT:

Harvey Bartle
C.J.