IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 2:16 MD 1203 |

PRETRIAL ORDER NO. 8822

AND NOW, this 22nd day of February, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A, Level III claims submitted by claimant Roberta Haberman and her spouse, Sam Haberman, are DENIED. Claimant Roberta Haberman and her spouse, Sam Haberman, are entitled only to Matrix B, Level III benefits;

(2) the motion of Roberta Haberman to file a reply in support of her motion to compel and to enforce (Docket No. 99-20593; Document No. 4230) is DENIED as moot;

(3) the motion of Roberta Haberman to file an amended supplemental reply in support of her motion to compel and to enforce (Docket No. 99-20593; Document No. 4257) is GRANTED and the Clerk of Court is directed to docket her Reply; and

(4) the motion of Robert Haberman to compel and to enforce (Docket No. 99-20593; Document No. 4228) is DENIED.

BY THE COURT:

_____ J.