IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: ESSIE STAMPS v. AMERICAN HOME PRODUCTS CORPORATION, et al. | CIVIL ACTION NO. 11-20003  2:16 MD 1203 |

PRETRIAL ORDER NO. 8862

AND NOW, this 10th day of April, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff to remand this action to the Circuit Court of Oklahoma County, Oklahoma (Doc. #2) is DENIED.

BY THE COURT:

_Harvey Bartle_ J.