IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/<br>FENFLURAMINE/DEXFENFLURAMINE)<br>PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | ) ) | |
| SHEILA BROWN, et al. | ) ) | CIVIL ACTION NO. 99-20593 |
| v. | ) ) | |
| AMERICAN HOME PRODUCTS<br>CORPORATION | ) ) | 2:16 MD 1203 |

PRETRIAL ORDER NO. 8897

AND NOW, this 19th day of June, 2012, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that the final post-audit determination of the AHP Settlement
Trust is REVERSED and that claimant Linda R. Burger is entitled
to Matrix A-1, Level III benefits.  The Trust shall pay such
benefits in accordance with the terms of the Settlement Agreement
and Pretrial Order No. 2805, and shall reimburse Ms. Burger for
any Technical Advisor costs incurred in the show cause process.

BY THE COURT:

_____
J.