IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN, et al. | |
| v. | CIVIL ACTION NO. 99-20593 |
| AMERICAN HOME PRODUCTS CORPORATION | 2:16 MD 1203 |

PRETRIAL ORDER NO. 8930

AND NOW, on this 28th day of August, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the final post-audit determination of the AHP Settlement Trust is AFFIRMED. The Matrix A, Level IV claims submitted by claimant Elaine P. Tassinari and her spouse, Frederick J. Tassinari, are DENIED. Claimant Elaine P. Tassinari and her spouse, Frederick J. Tassinari, are entitled only to Matrix B, Level IV benefits. The Trust shall pay derivative benefits to Frederick J. Tassinari in accordance with the terms of the Settlement Agreement; and

(2) the appeal (No. 1227) of claimant Elaine P. Tassinari is DISMISSED AS MOOT.

BY THE COURT:

_Harvey Bartle_ J.