IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN, et al. | CIVIL ACTION NO. 99-20593 |
| v. | |
| AMERICAN HOME PRODUCTS CORPORATION | 2:16 MD 1203 |

PRETRIAL ORDER NO. 8955

AND NOW, this 7th day of November, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A, Level II claims submitted by claimant Emily M. Brinston and her spouse, Michael Brinston, are DENIED; and

(2) the appeal (No. 379) of claimant Emily M. Brinston is DISMISSED as moot.

BY THE COURT:

/s/ Harvey Bartle J.