IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN, et al., | |
| v. | CIVIL ACTION NO. 99-20593 |
| AMERICAN HOME PRODUCTS CORPORATION, | 2:16 MD 1203 |

PRETRIAL ORDER NO. 8956

AND NOW, this 6th day of November, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED and the Matrix A, Level II claims submitted by claimant Deborah Estes and her children, Robert M. Estes and Bonnie M. Estes, are DENIED.

BY THE COURT:

_Harvey Bartle_ J.