IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/<br>FENFLURAMINE/DEXFENFLURAMINE)<br>PRODUCTS LIABILITY LITIGATION | ) ) ) MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| SHEILA BROWN, et al. | ) ) CIVIL ACTION NO. 99-20593 |
| v. | ) ) |
| AMERICAN HOME PRODUCTS<br>CORPORATION | ) 2:16 MD 1203 ) |

## PRETRIAL ORDER NO. 9010

AND NOW, this **27th** day of February, 2013, for the
reasons set forth in the accompanying Memorandum, it is hereby
ORDERED that the final post-audit determination of the AHP
Settlement Trust is AFFIRMED, and that the Matrix B, Level II
claims submitted by claimant Cynthia Carr and her spouse,
Harvey G. Carr, are DENIED.

BY THE COURT:

Harvey Bartle J.