IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| SHEILA BROWN, et al. | CIVIL ACTION NO. 99-20593 |
| v. | |
| AMERICAN HOME PRODUCTS CORPORATION | 2:16 MD 1203 |
| THIS DOCUMENT RELATES TO: | |
| LINDA MILO | |
| v. | |
| PFIZER, et al. | |

PRETRIAL ORDER NO. 9037

AND NOW, this 2nd day of April, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of Wyeth to enjoin pursuant to PTO No. 2383 as to class member Linda Milo (Doc. #4655) is GRANTED; and

(2) plaintiff is enjoined from pursuing her lawsuit, Milo v. Pfizer, et al., Court of Common Pleas of Philadelphia County, May Term, 2011, Case No. 00047.

BY THE COURT:

_/s/ Harvey Bartle_ J.