IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | ) ) | |
| SHEILA BROWN, et al. | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 99-20593 |
| AMERICAN HOME PRODUCTS CORPORATION | ) ) ) | 2:16 MD 1203 |

<u>PRETRIAL ORDER NO. 9086</u>

AND NOW, on this 6th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determinations of the AHP Settlement Trust are AFFIRMED, and that the Matrix A, Level II and Matrix A, Level III claims submitted by claimant Margaret R. Williams and her spouse, Richard I. Williams, are DENIED. Claimant Margaret R. Williams and her spouse, Richard I. Williams, are entitled only to Matrix B, Level III benefits.

BY THE COURT:

_Harvey Bartle_ J.