IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593<br><br>2:16 MD 1203 |

## PRETRIAL ORDER NO. 9095

AND NOW, this 25th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A, Level IV claims submitted by claimant Sharon S. Vang and her spouse, Harold D. Vang, are DENIED. Claimant Sharon S. Vang and her spouse, Harold D. Vang, are entitled only to Matrix B, Level IV benefits.

BY THE COURT:

_____ J.