IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 2:16 MD 1203 |

## PRETRIAL ORDER NO. 9147

AND NOW, this 23rd day of September, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A, Level III claims submitted by claimant Robert Chapman and his spouse, Jamie G. Chapman, are DENIED. Claimant Robert Chapman and his spouse, Jamie G. Chapman, are entitled only to Matrix B, Level III benefits;

(2) the final post-audit determination of the AHP Settlement Trust is AFFIRMED and that the Matrix A, Level V claim submitted by the Estate of Robert Chapman, is DENIED. Claimant the Estate of Robert Chapman is entitled only to Matrix B, Level V benefits; and

(3) the Motion for Authorization and Instruction for AHP Settlement Trust to Pay Robert Chapman on His Matrix Claim (Document No. 3974 (99-cv-20593)) is DENIED.

BY THE COURT:

_____
 Harvey Bartle III, J.