IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION : : : | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: : : SHEILA BROWN, et al. : : v. : : AMERICAN HOME PRODUCTS : CORPORATION : : | NO. 99-20593 |
| THIS DOCUMENT RELATES TO: : : Claimant: Janice E. Madkins : Claim No.: 183/00 8266896 : : | 2:15 MD 1203 2:16 MD 1203 |

**PRETRIAL ORDER NO. 9150**

AND NOW, this 26th day of September, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the appeal of claimant Janice E. Madkins from the December 28, 2012 Report and Award of the Arbitrator related to her claim for Matrix Benefits under the Nationwide Class Action Settlement Agreement is DENIED and the Report and Award of the Arbitrator is AFFIRMED; and

(2) the Order to Show Cause regarding claimant Janice E. Madkins (Pretrial Order No. 7666) is moot and VACATED.

BY THE COURT:

_Harvey Bartle_ J.