IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 1203 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| SHEILA BROWN, et al. | ) ) | CIVIL ACTION NO. 99-20593 |
| v. | ) ) | |
| AMERICAN HOME PRODUCTS CORPORATION | ) ) | 2:16 MD 1203 |

## PRETRIAL ORDER NO. 9178

AND NOW, this 10th day of December, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the final post-audit determination of the AHP Settlement Trust is AFFIRMED in part, REVERSED in part.  The claims of claimant Hale R. Harding and his spouse, JoAnn D. Harding, for Matrix A, Level V benefits are DENIED.  Claimant Hale R. Harding and his spouse, JoAnn D. Harding, are entitled only to Matrix B, Level V benefits.  The Trust shall pay such benefits in accordance with the terms of the Settlement Agreement and Pretrial Order No. 2805 and shall reimburse Mr. Harding for any Technical Advisor costs incurred in the show cause process.

BY THE COURT:

_____ J.