IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593<br><br>2:16 MD 1203 |

### PRETRIAL ORDER NO. 9226

AND NOW, this 15th day of April, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the final post-audit determination of the AHP Settlement Trust is AFFIRMED, and that the Matrix A, Level III claims submitted by the Estate of Dennis J. Kennedy and Mr. Kennedy's spouse, Patti Kennedy, are DENIED. The Estate of Dennis J. Kennedy and Mr. Kennedy's spouse, Patti Kennedy, are entitled only to Matrix B-1, Level III benefits;

(2) the Objections to the Special Master's Order Referring Claim to a Technical Advisor for Review are OVERRULED and the Motion to Close Show Cause Record is DENIED [Dkt. No. 99-cv-20593; Doc. No. 4772];

(3) the Motion for Inclusion of the Contributions Made by Dr. Muttreja and Dr. Dlabal to the Response to the Technical

Advisor Report [Dkt. No. 99-cv-20593; Doc. No. 4906] is DENIED and the Objections to Special Master's Order are OVERRULED; and

(4) the Motion to File Supplemental Brief in Reply to AHP Settlement Trust's Response in Opposition to Claimant Dennis J. Kennedy's Objections to Special Master's Order and Motion for Inclusion of the Contributions Made by Dr. Muttreja and Dr. Dlabal to the Response to the Technical Advisor Report [Dkt. No. 99-cv-20593; Doc. No. 4918] is GRANTED.

BY THE COURT:

/s/ Harvey Bartle    J.