IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/       )
FENFLURAMINE/DEXFENFLURAMINE)         )        MDL NO. 1203
PRODUCTS LIABILITY LITIGATION         )
_____ )
                                      )
THIS DOCUMENT RELATES TO:             )
                                      )
SHEILA BROWN, et al.                  )
                                      )        CIVIL ACTION NO. 99-20593
           v.                         )
                                      )
AMERICAN HOME PRODUCTS                )        2:16 MD 1203
CORPORATION                           )

PRETRIAL ORDER NO. 9464

AND NOW, this 7th day of April, 2016, for the reasons
set forth in the accompanying Memorandum, it is hereby ORDERED
that the final post-audit determination of the AHP Settlement
Trust is AFFIRMED, and that the Matrix A, Level II claims
submitted by claimant Tamara J. Schatz and her spouse,
Michael F. Schatz, are DENIED.  Claimant Tamara J. Schatz and her
spouse, Michael F. Schatz, are entitled only to Matrix B,
Level II benefits.

                                    BY THE COURT:

                                    _____
                                                              J.